IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SAND SPRING CAPITAL III, LLC, et al.,[1] | Case No. 11-13393 (BLS) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: July 5, 2012 at 4:00 p.m. (ET) |

**FIFTH MONTHLY APPLICATION OF YOUNG CONAWAY STARGATT & TAYLOR, LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM APRIL 1, 2012 THROUGH MAY 31, 2012**

| | |
|---|---|
| Name of Applicant: | Young Conaway Stargatt & Taylor, LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Effective Date of Retention: | October 25, 2011 |
| Period for which compensation and reimbursement is sought: | April 1, 2012 through May 31, 2012 |
| Amount of Compensation sought as actual, reasonable and necessary: | $147,854.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $3,582.98 |

This is an: _X_ monthly ___ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (if applicable), are CA Core Fixed Income Fund, LLC (7053) (Case No. 11-13394 (BLS)); CA Core Fixed Income Offshore Fund, Ltd. a/k/a CA Core Fixed Income Fund, Ltd. (N/A) (Case No. 11-13396 (BLS)); CA High Yield Fund, LLC (7155) (Case No. 11-13397 (BLS)); CA High Yield Offshore Fund, Ltd. a/k/a CA High Yield Fund, Ltd. (N/A) (Case No. 11-13400 (BLS)); CA Strategic Equity Fund, LLC (7141) (Case No. 11-13401 (BLS)); CA Strategic Equity Offshore Fund, Ltd. (N/A) (Case No. 11-13402 (BLS)); Sand Spring Capital III, LLC (9691) (Case No. 11-13393 (BLS)); Sand Spring Capital III, Ltd. (N/A) (Case No. 11-13403 (BLS)); and Sand Spring Capital III Master Fund, LLC (4004) (Case No. 11-13404 (BLS)). The address for each of the Debtors is 315 Third Street, Baton Rouge, Louisiana 70801.

01:11736953.5

**Prior applications:**

|  |  | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| Date Filed; Docket No. | Period Covered | Fees | Expenses | Fees | Expenses |
| 1/18/12; 112 | 10/25/11 – 11/30/11 | $154,917.50 | $14,148.93 | $154,917.50 | $14,148.93 |
| 1/24/12; 125 | 12/1/11 – 12/31/11 | $140,079.00 | $7,004.73 | $140,079.00 | $7,004.73 |
| 3/16/12; 195 | 1/1/12 – 1/31/12 | $127,983.50 | $5,912.41 | $127,983.50 | $5,912.41 |
| 5/16/12; 281 | 2/1/12 – 3/31/12 | $223,184.50 | $4,241.14 | $178,547.60 | $4,241.14 |

## COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Norman M. Powell | Partner since 2006. Joined firm as Partner in 2006. Member of DE, NJ, and PA Bar since 1990. | $700.00 | 4.50 | $3,150.00 |
| Robert S. Brady | Partner since 1998. Joined firm as associate in associate in 1990. Member of DE Bar since 1990. | $700.00 | 1.60 | $1,120.00 |
| John T. Dorsey | Partner since 2004. Joined firm as special counsel in 2003. Member of DE Bar since 1991. | $675.00 | 43.30 | $29,227.50 |
| Michael R. Nestor | Partner since 2003. Joined firm as associate in 1998. Member of PA and NJ Bar since 1995. Member of DE Bar since 1996. | $650.00 | 54.00 | $35,100.00 |
| Edmon L. Morton | Partner since 2008. Joined firm as associate in 1999. Member of DE Bar since 1999. | $575.00 | 6.20 | $3,565.00 |
| Kenneth Enos | Joined firm as associate in 2004. Member of DE Bar since 2004. | $390.00 | 93.40 | $36,426.00 |
| Mary F. Dugan | Joined firm as associate in 2005. Member of DE Bar since 2005. | $390.00 | 2.40 | $936.00 |
| Michael S. Neiburg | Joined firm as associate in 2008. Member of DE Bar Since 2009 | $355.00 | 2.50 | $887.50 |
| Emily V. Burton | Joined firm as associate in 2008. Member of DE Bar since 2008. | $340.00 | 13.90 | $4,726.00 |
| Ryan Bartley | Joined firm as associate in 2007. Member of DE Bar since 2007. | $330.00 | 3.60 | $1,188.00 |
| Justin P. Duda | Joined firm as associate in 2010. Member of DE Bar since 2010. | $305.00 | 30.10 | $9,180.50 |
| A. David Hansen | Joined firm as associate in 2008. Member of DE Bar since 2008. | $300.00 | 50.60 | $15,180.00 |
| Debbie Laskin | Paralegal | $230.00 | 2.10 | $483.00 |
| Patrick Foss | Litigation Paralegal | $165.00 | 7.00 | $1,155.00 |
| Chad Corazza | Paralegal | $140.00 | 39.50 | $5,530.00 |
| **Grand Total:** | | | 354.70 | $147,854.50 |
| **Blended Rate:** | | $475.16 | | |

01:11736953.5

3

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (B001) | 42.80 | $19,070.50 |
| Court Hearings (B002) | 30.80 | $10,256.00 |
| Cash Collateral/DIP Financing (B003) | 0.50 | $325.00 |
| Schedules & Statements, U.S. Trustee Reports (B004) | 9.50 | $2,043.00 |
| Lease / Executory Contract Issues (B005) | 5.60 | $2,612.00 |
| Use, Sale or Lease of Property (363 Issues) (B006) | 40.30 | $15,817.00 |
| Claims Analysis, Objections and Resolutions (B007) | 8.60 | $4,985.00 |
| Meetings (B008) | 16.30 | $9,872.00 |
| Other Adversary Proceedings (B011) | 89.00 | $44,154.00 |
| Plan and Disclosure Statement (B012) | 4.60 | $1,631.00 |
| Creditor Inquiries (B013) | 1.50 | $975.00 |
| General Corporate Matters (B014) | 65.90 | $23,099.00 |
| Retention of Professionals / Fee Issues (B017) | 36.60 | $11,286.00 |
| Fee Application Preparation (B018) | 2.60 | $1,690.00 |
| Business Operations (B708) | 0.10 | $39.00 |
| **TOTALS** | **354.70** | **$147,854.50** |

## EXPENSE SUMMARY

| Expenses Category (Examples) | Total Expenses |
|---|---:|
| Reproduction Charges | $1,755.60 |
| Federal Express | $57.55 |
| Facsimile | $309.00 |
| Filing Fee | $293.00 |
| Deposition/Transcript | $201.45 |
| Delivery / Courier | $30.00 |
| Working Meals | $10.00 |
| Teleconference / Video Conference | $227.05 |
| Postage | $270.97 |
| Staff Overtime | $17.40 |
| Computerized Legal Research | $364.56 |
| Docket Retrieval / Search | $46.40 |
| **TOTAL DISBURSEMENTS** | **$3,582.98** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SAND SPRING CAPITAL III, LLC, et al.,[1] | Case No. 11-13393 (BLS) |
| | (Jointly Administered) |
| Debtors. | Objection Deadline: July 5, 2012 at 4:00 p.m. (ET) |

### FIFTH MONTHLY APPLICATION OF YOUNG CONAWAY STARGATT & TAYLOR, LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM APRIL 1, 2012 THROUGH MAY 31, 2012

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the law firm of Young Conaway Stargatt & Taylor, LLP (hereinafter "YCS&T") hereby moves this Court for reasonable compensation for professional legal services rendered as counsel to the above-captioned debtors and debtors-in-possession (collectively the "Debtors") in the amount of $147,854.50, together with reimbursement for actual and necessary expenses incurred in the amount of $3,582.98, for the period commencing April 1, 2012 through and including May 31, 2012 (the "Fee Period"). In support of its Application, YCS&T respectfully represents as follows:

1. YCS&T was employed under a general retainer to represent the Debtors as bankruptcy counsel in connection with these chapter 11 cases, pursuant to an Order entered by

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (if applicable), are CA Core Fixed Income Fund, LLC (7053) (Case No. 11-13394 (BLS)); CA Core Fixed Income Offshore Fund, Ltd. a/k/a CA Core Fixed Income Fund, Ltd. (N/A) (Case No. 11-13396 (BLS)); CA High Yield Fund, LLC (7155) (Case No. 11-13397 (BLS)); CA High Yield Offshore Fund, Ltd. a/k/a CA High Yield Fund, Ltd. (N/A) (Case No. 11-13400 (BLS)); CA Strategic Equity Fund, LLC (7141) (Case No. 11-13401 (BLS)); CA Strategic Equity Offshore Fund, Ltd. (N/A) (Case No. 11-13402 (BLS)); Sand Spring Capital III, LLC (9691) (Case No. 11-13393 (BLS)); Sand Spring Capital III, Ltd. (N/A) (Case No. 11-13403 (BLS)); and Sand Spring Capital III Master Fund, LLC (4004) (Case No. 11-13404 (BLS)). The address for each of the Debtors is 315 Third Street, Baton Rouge, Louisiana 70801.

01:11736953.5

this Court on November 30, 2011. The Order authorized YCS&T to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

        2.        All services for which compensation is requested by YCS&T were performed for or on behalf of the Debtors.

## SUMMARY OF SERVICES RENDERED

        3.        Attached hereto as <u>Exhibit A</u> is a detailed statement of fees incurred during the Fee Period showing the amount of $147,854.50 due for fees. <u>Exhibit B</u> is a detailed statement of expenses paid during the Fee Period showing the amount of $3,582.98 for reimbursement of expenses.

        4.        The services rendered by YCS&T during the Fee Period are grouped into the categories set forth in <u>Exhibit A</u>. The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

## DISBURSEMENTS

        5.        YCS&T has incurred out-of-pocket disbursements during the Fee Period in the amount of $3,582.98. This disbursement sum is broken down into categories of charges, including, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by the Firm to outside copying services for use in mass mailings, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime. A complete review by category of the expenses incurred for the Fee Period may be found in the attachments hereto as <u>Exhibit B</u>. To the extent

such itemization is insufficient to satisfy the requirements of Del. Bankr. LR 2016-2(e)(ii), YCS&T respectfully requests that the Court waive strict compliance with such rule.

6.  Costs incurred for overtime and computer assisted research are not included in YCS&T's normal hourly billing rates and, therefore, are itemized and included in YCS&T's disbursements. Pursuant to Local Rule 2016-2, YCS&T represents that its rate for duplication is $.10 per page, its rate for outgoing telecopier transmissions is $1.00 per page (excluding related long distance transmission charges), there is no charge for incoming telecopier transmissions and there is no surcharge for computerized research.

## VALUATION OF SERVICES

7.  Attorneys and paraprofessionals of YCS&T have expended a total of 354.70 hours in connection with this matter during the Fee Period.

8.  The amount of time spent by each of these persons providing services to the Debtors for the Fee Period is fully set forth in the detail attached hereto as Exhibit A. These are YCS&T's normal hourly rates of compensation for work of this character. The reasonable value of the services rendered by YCS&T for the Period as counsel for the Debtors in these cases under Chapter 11 is $147,854.50.

9.  YCS&T believes that the time entries included in Exhibit A attached hereto and the expense breakdown set forth in Exhibit B hereto are in compliance with the requirements of Local Rule 2016-2.

10. In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

11. This Application covers the period April 1, 2012 through and including May 31, 2012. YCS&T has and will continue to perform additional necessary services subsequent to May 31, 2012, for which YCS&T will file subsequent fee applications.

WHEREFORE, YCS&T requests that allowance be made to it in the sum of $147,854.50 as compensation for necessary professional services rendered to the Debtors for the Fee Period, and the sum of $3,582.98 for reimbursement of actual necessary costs and expenses incurred during that period, and further requests such other and further relief as this Court may deem just and proper.

Dated: Wilmington, Delaware  
June 14, 2012

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Michael R. Nestor  
Michael R. Nestor (No. 3526)  
Edmon L. Morton (No. 3856)  
Kenneth J. Enos (No. 4544)  
Justin P. Duda (No. 5478)  
1000 North King Street  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

*Counsel for the Debtors and Debtors-in-Possession*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SAND SPRING CAPITAL III, LLC, et al.,[4] | Case No. 11-13393 (BLS) |
| | (Jointly Administered) |
| Debtors. | |

## CERTIFICATION OF MICHAEL R. NESTOR

I, Michael R. Nestor, certify as follows:

1.  I am a Partner in the applicant firm, Young Conaway Stargatt & Taylor, LLP, and have been admitted to the bar of the Supreme Court of Delaware since 1996.

2.  I have personally performed many of the legal services rendered by Young Conaway Stargatt & Taylor, LLP, as counsel for the Debtors, and am familiar with all other work performed in these cases by the firm's lawyers and paraprofessionals.

3.  The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the forgoing is true and correct.

Dated: June 14, 2012

/s/ Michael R. Nestor
Michael R. Nestor

---

[4] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (if applicable), are CA Core Fixed Income Fund, LLC (7053) (Case No. 11-13394 (BLS)); CA Core Fixed Income Offshore Fund, Ltd. a/k/a CA Core Fixed Income Fund, Ltd. (N/A) (Case No. 11-13396 (BLS)); CA High Yield Fund, LLC (7155) (Case No. 11-13397 (BLS)); CA High Yield Offshore Fund, Ltd. a/k/a CA High Yield Fund, Ltd. (N/A) (Case No. 11-13400 (BLS)); CA Strategic Equity Fund, LLC (7141) (Case No. 11-13401 (BLS)); CA Strategic Equity Offshore Fund, Ltd. (N/A) (Case No. 11-13402 (BLS)); Sand Spring Capital III, LLC (9691) (Case No. 11-13393 (BLS)); Sand Spring Capital III, Ltd. (N/A) (Case No. 11-13403 (BLS)); and Sand Spring Capital III Master Fund, LLC (4004) (Case No. 11-13404 (BLS)). The address for each of the Debtors is 315 Third Street, Baton Rouge, Louisiana 70801.

01:12101419.1